THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLES MILLER, Defendant-Appellant.

(No. 73-124; 

Second District—September 3, 1974.

Opinion by Mr. PRESIDING JUSTICE T. MORAN.

Ralph Ruebner and Richard Wilson, both of State Appellate Defender's Office, of Elgin, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan, for the People.